UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-3695(DSD/FLN)

Antwaine Lavale Williams,

        Petitioner,

v.                                                          **ORDER**

State of Minnesota, et al.,

        Respondents.

This matter is before the court upon the report and recommendation of Magistrate Judge Franklin L. Noel dated December 7, 2016 (R&R).  The magistrate judge recommended that (1) the petition for habeas corpus be dismissed without prejudice; (2) the application to proceed in forma pauperis be denied; and (3) no certificate of appealability be issued.  No objections to the R&R have been filed in the time period permitted.  Under these circumstances, the court finds it appropriate adopt the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 8] is adopted in its entirety;

2. The petition for habeas corpus [ECF No. 1] is dismissed without prejudice;

3. The application to proceed in forma pauperis [ECF No. 5] is denied; and

4. No certificate of appealability will be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 3, 2017                        s/David S. Doty
                                                  David S. Doty, Judge
                                                  United States District Court